JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No.: 2:24-cr-006-CDS-NJK |
| vs. | |
| DAMIAN GLEN ZUKAITIS, | **VIOLATION:** |
| Defendant. | Count One:<br>18 U.S.C. § 2312 – Transportation of a Stolen Vehicle |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Transportation of a Stolen Vehicle*
(18 U.S.C. § 2312)

On or about December 30, 2023, in the State and Federal District Nevada, and elsewhere,

**DAMIAN GLEN ZUKAITIS,**

defendant herein, did unlawfully transport in interstate commerce a stolen aircraft, that is, a

Skystar Kit Fox Series #5, tail number N36KJ, bearing aircraft serial number 94120078, from

1

North Las Vegas, in the state of Nevada, to San Bernardino, in the state of California, knowing the same to be stolen in violation of Title 18, United States Code, Section 2312.

DATED: this 9th day of January 2024.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

LAUREN M. IBANEZ
Assistant United States Attorney