# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAMIAN GLEN ZUKAITIS,<br><br>Defendant | Case No. 2:24-cr-00006-CDS-NJK<br><br>**Order Granting Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case.

JASON FRIERSON
United States Attorney

*/s/ Lauren M. Ibanez*
LAUREN M. IBANEZ
Assistant United States Attorney

The Government's motion to dismiss the indictment [ECF No. 8] is granted. The indictment against defendant Damian Glen Zukaitis is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: April 18, 2024

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE